■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MELISSA L. HOYSRADT, Appellant. [817 NYS2d 532]—Appeal by the defendant from an amended judgment of the County Court, Orange County (DeRosa, J.), rendered May 26, 2005, revoking a sentence of probation previously imposed by the same court upon a finding that she had violated a condition thereof, after a hearing, and imposing a period of imprisonment upon her previous conviction of driving while intoxicated as a felony.

Ordered that the amended judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see Anders v California,* 386 US 738 [1967]; *People v Paige,* 54 AD2d 631 [1976]; *cf. People v Gonzalez,* 47 NY2d 606 [1979]). Schmidt, J.P., Crane, Krausman, Skelos and Lunn, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL E. MEMMELAAR, Appellant. [820 NYS2d 536]—Appeal by the defendant, as limited by his motion, from a sentence of the County Court, Orange County (DeRosa, J.), imposed April 25, 2005, on the ground that the sentence is excessive.

Ordered that the sentence is affirmed. No opinion. Prudenti, P.J., Florio, Ritter, Luciano and Covello, JJ., concur.